

## U.S. Department of Justice
United States Attorney
Northern District of Georgia

*600 Richard B Russell Bldg.*　　*Telephone: (404) 581-6000*
*75 Ted Turner Dr., S.W.,*　　　*Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

June 4, 2020

Courtroom Deputy
United States Courthouse
for the Northern District of Georgia
Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

   Re: U.S. v. Valdez-Villareal, et al, 1:09-CR-551-LMM-RDC
      U.S. v. Brito-Arroyo, et al, 1:17-CR-337-TWT-RGV
      U.S. v. Troup, et al, 1:18-CR-344–SCJ-CMS
      U.S. v. Chulpayev, et al, 1:18-CR-449-ELR-RGV
      U.S. v. Disla, 1:19-CR-107-SCJ-JKL
      U.S. v. Onyema, et al, 1:19-CR-464-UNA
      U.S. v. Mayfield, 1:19-CR-499-ELR
      U.S. v. Nguygen, et al, 2:18-CR-18-RWS-JCF

Dear Courtroom Deputy:

  This letter is to notify the Court pursuant to Local Criminal Rule 57.1E(4), NDGA, as attorney of record in the above matters, I submit a notice of leave of absence that I will be out of the office July 1–17, 2020. I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

         Sincerely,

         BYUNG J. PAK
         *United States Attorney*


         /S/ GARRETT BRADFORD
         *Assistant United States Attorney*


cc: Counsel for Defendants (via ECF)